# FINANCIAL AFFIDAVIT
### IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

| IN UNITED STATES | ☐ MAGISTRATE | ☐ DISTRICT | ☐ APPEALS COURT or | ☐ OTHER PANEL (Specify below) | LOCATION NUMBER |
|---|---|---|---|---|---|

IN THE CASE: USA V.S. Christian Cardona

FOR: _____
AT: _____

PERSON REPRESENTED (Show your full name): _____

1. Defendant—Adult
2. Defendant - Juvenile
3. Appellant
4. Probation Violator
5. Parole Violator
6. ☐ Habeas Petitioner
7. ☐ 2255 Petitioner
8. ☐ Material Witness
9. ☐ Other

DOCKET NUMBERS
Magistrate: 802
District Court: 
Court of Appeals:

CHARGE/OFFENSE (describe if applicable & check box →):  x Felony   ☐ Misdemeanor

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**EMPLOYMENT**
- Are you now employed? ☒ Yes  ☐ No  ☐ Am Self-Employed
- Name and address of employer: Loyalty Records, Milford MA
- IF YES, how much do you earn per month? $ 2000.00
- IF NO, give month and year of last employment. How much did you earn per month? $ _____
- If married is your Spouse employed? ☐ Yes  ☐ No
- IF YES, how much does your Spouse earn per month? $ _____
- If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ _____

**ASSETS**

**OTHER INCOME** — Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources?  ☐ Yes  ☐ No
- RECEIVED: $ _____
- SOURCES: _____

**CASH** — Have you any cash on hand or money in savings or checking accounts?  ☒ Yes  ☐ No  IF YES, state total amount $ 25.00

**PROPERTY** — Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)?  ☐ Yes  ☐ No
- VALUE: _____
- DESCRIPTION: Christian Cardona

**DEPENDENTS**
- MARITAL STATUS: ☒ SINGLE  ☐ MARRIED  ☐ WIDOWED  ☐ SEPARATED OR DIVORCED
- Total No. of Dependents: 1
- List persons you actually support and your relationship to them: _____

**OBLIGATIONS & DEBTS**

DEBTS & MONTHLY BILLS (LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| APARTMENT OR HOME | Creditors | Total Debt | Monthly Paymt. |
|---|---|---|---|
| Rent | | $ 750.00 | $ 750 |
| Cell Phone | | $ 500.00 | $ 125 |
| Cable | | $ 626.00 | $ 126.00 |
| Child Support | | $ 1030.00 | $ 400.00 |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) 4/2/04

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED): [signed]