AO 467 (1/86) Order Holding Defendant

# United States District Court

DISTRICT OF __MASSACHUSETTS__

UNITED STATES OF AMERICA

V.

Christian Cardoxa

ORDER HOLDING DEFENDANT TO
ANSWER AND TO APPEAR
IN DISTRICT OF PROSECUTION
OR DISTRICT HAVING
PROBATION JURISDICTION

Case Number: 04-802-MBB

Charging District Case Number:

The defendant having appeared before this Court pursuant to Rule 40, Fed. R. Crim. P., and proceedings having been concluded and the defendant released;

IT IS ORDERED that the defendant be held to answer in the United States District Court for the __Eastern__ District of __New York__; and shall appear at all proceedings as required.

The defendant shall next appear at (if blank, to be notified) _____

*Place and Address*

_____ on _____.

*Date and Time*

__April 16, 2004__
*Date*

Marianne B. Bowler, USMJ
*Signature of Judicial Officer*

MARIANNE B. BOWLER
Chief U.S. Magistrate Judge
*Name and Title of Judicial Officer*