

OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF MASSACHUSETTS
JOHN JOSEPH MOAKLEY UNITED STATES COURTHOUSE
1 COURTHOUSE WAY - SUITE 2300
BOSTON, MASSACHUSETTS 02210
TELEPHONE: 617-748-9233

TONY ANASTAS
CLERK OF COURT

DIANALYNN SACCOCCIO
DEPUTY CLERK TO THE
HONORABLE MARIANNE B. BOWLER

April 26, 2004

U. S. District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201



Re:   *United States v. Christian Cardona, Et Al*

   Case No .CR 04-353 (Eastern District of New York)

   Magistrate Judge #04-M-802-MBB (D. Massachusetts)

Dear Clerk:

   The defendants, Victor LeBron and Anthony DiMuzio, appeared before this Court on April 5, 2004 and The Order of Removal has issued directing the Marshal to deliver Mr. LeBron and Mr. DiMuzio to your Court.

   The defendant, Christian Cardona, also appeared before this Court on April 5, 2004, April 9, 2004 and April 16, 2004 and was subsequently released with conditions. The Order Holding the Defendant to Answer and to Appear in the District of Prosecution of District having Probation Jurisdiction was issued and Mr. Cardona was ordered to appear in the Eastern District of New York at the Court's discretion.

   Enclosed is a certified copy of our docket and all original papers in the case from the District of Massachusetts. Kindly docket these papers in your District and forward them to the appropriate personnel.

   We have closed our file; thank you for your attention in this matter.

   Very truly yours,

   Dianalynn Saccoccio

Enclosures

Certified Mail/ Return Receipt Requested **Z 319 302 195**